UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KRISTEN ROGERS *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>QUICKEN LOANS INC.,<br><br>    Defendant. | Civil Action No. 1:17-01781 (TCB) |

## STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Kristen Rogers and Claire Davis and Defendant Quicken Loans Inc., through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party waiving her or its rights of appeal and agreeing to bear her or its own attorney's fees and costs.

Dated: October 19, 2018                           Respectfully submitted,

| | |
|---|---|
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.<br><br>*/s/ Archie I. Grubb, II*<br>Archie I. Grubb, II (GA Bar No. 314384)<br>Archie.grubb@beasleyallen.com<br>W. Daniel "Dee" Miles (*pro hac vice*)<br>Dee.miles@beasleyallen.com<br>Andrew E. Brashier (*pro hac vice*)<br>Andrew.brashier@beasleyallen.com<br>Rachel N. Boyd (*pro hac vice*)<br>Rachel.boyd@beasleyallen.com<br>218 Commerce Street<br>Montgomery, AL  36104<br>Phone: (334) 269-2343<br>Facsimile: (334) 954-7555<br><br><br>THE WERNER LAW FIRM<br>*/s/Matthew Q. Wetherington*<br>Matthew Q. Wetherington (GA Bar No. 339639)<br>2860 Piedmont Road<br>Atlanta, GA  30305<br>Phone: (404) 793-1693<br>Facsimile: (855) 873-2090<br><br>*Attorneys for Plaintiffs Kristin Rogers and Claire Davis* | TROUTMAN SANDERS<br><br>*/s/ Lindsey B. Mann*<br>Lindsey B. Mann (GA Bar No. 431819)<br>lindsey.mann@troutmansanders.com<br>600 Peachtree St., N.E., Suite 5200<br>Atlanta, GA  30308<br>Phone: (404) 885-3000<br>Facsimile: (404) 885-3900<br><br><br>GOODWIN PROCTER LLP<br><br>Thomas M. Hefferon (*pro hac vice*)<br>thefferon@goodwinlaw.com<br>Joseph F. Yenouskas (*pro hac vice*)<br>jyenouskas@goodwinlaw.com<br>GOODWIN PROCTER LLP<br>901 New York Avenue, N.W.<br>Washington, D.C. 20001<br>Phone: (202) 346-4000<br>Facsimile: (202) 346-4444<br><br>*Attorneys for Defendant Quicken Loans Inc.* |