## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

KRISTEN ROGERS *et al*.,

   Plaintiffs,

   v.

QUICKEN LOANS INC.,

   Defendant.

Civil Action No. 1:17-01781 (TCB)

## [PROPOSED] FINAL ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above captioned action is hereby DISMISSED with prejudice, with each party, Plaintiff Kristen Rogers, Plaintiff Claire Davis and Defendant Quicken Loans Inc., to bear her or its own attorney's fees and costs and waiving all rights to appeal.

Dated this__ day of _____ 2018.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE